LESLIE et al. v. LESLIE et al.

(Circuit Court, S. D. California. November 15, 1897.)

No. 736.

EQUITY PLEADING—MULTIFARIOUSNESS.
   A bill which seeks to enforce the performance of a trust in real property, and also to quiet complainant's title to the same property, is multifarious.

This was a bill in equity by Ella L. Leslie and Charles C. Leslie against John and George H. Leslie, as trustees under the last will and testament, and codicil thereto, of George Leslie, deceased. The cause was heard on demurrer to the bill.

E. E. Keech and Guthrie & Guthrie, for complainants.
Brousseau & Montgomery, for defendants.

WELLBORN, District Judge. This suit was originally brought in the superior court of Orange county, Cal., and thereafter removed to this court, on account of the diverse citizenship of the parties. Two cases for equitable relief are separately stated in the bill, one being to enforce the performance of a trust in real property, and the second being to quiet the title of one of the complainants to said property. A demurrer to the bill on numerous grounds, including the one mentioned below, has been filed by the defendants since the removal of the cause. Under the state procedure, the complaint, as the pleading was there styled, would have been bad on account of a misjoinder of causes of action. Code Civ. Proc. Cal. § 427; Reynolds v. Lincoln, 71 Cal. 183, 9 Pac. 176, 12 Pac. 449. The general rules of equity practice which obtain in this court conduce to the same result. The bill is multifarious, in that it joins two distinct and unconnected grounds of equitable relief. 1 Fost. Fed. Prac. §§ 71–74. For this cause, and without passing upon any of the other objections to the bill, the demurrer is sustained, with leave to complainants to amend within 10 days, if they shall be so advised.